# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 10-13268 |
| **DAVID JAMES MOTTER** | ) | |
| social sec # XXX-XX-0735 | ) | SECTION "B" |
| | ) | CHAPTER 7 |
| Debtor | ) | |

_____

| | | |
|---|---|---|
| | ) | |
| **TROY D. WILLIAMS AND** | ) | |
| **JODY STAPLER WILLIAMS** | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | **ADVERSARY PROCEEDING** |
| VERSUS | ) | **NO. 11-1042** |
| | ) | |
| **DAVID JAMES MOTTER** | ) | |
| | ) | |
| DEFENDANT | ) | |

## JUDGMENT

Based on the Entry of Default and Motion For Default Judgment:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiffs Troy D Williams and Jody Stapler Williams shall have a judgment against David James Motter which is not dischargeable in bankruptcy for the following debts as per 11 U.S.C.§523:

1. Judgment Creditors          Troy D. Williams and
 Jody Stapler Williams

2. Judgment Debtor:          David James Motter

3.  Principal Amount:              $13,000.00

4.  Costs of suit:                 $250

    TOTAL                          $13,250.00

New Orleans, Louisiana, this 22nd day of September, 2011.

_____
Judge Jerry A. Brown
U.S. Bankruptcy Court
Eastern District of Louisiana